**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01349-CV

**TROY BROWN, Appellant**

**V.**

**CURTIS PENNINGTON, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12400**

## ORDER

We **GRANT** appellee's November 24, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than December 29, 2014.

/s/     CRAIG STODDART
           JUSTICE